cate of probable cause, which the petitioner filed in the district court, just as a formal notice of appeal would have been filed, within 30 days of the judgment, happens to have contained all the information that Fed.R.App.P. 3(c) requires a notice of appeal to contain. The application for a certificate of probable cause should therefore be treated *as* the notice of appeal. *McMillan v. Barksdale*, 823 F.2d 981, 983 (6th Cir.1987), so holds, and while the petitioner in that case had no lawyer we do not think this makes a difference. The rules do not prescribe a particular form for a notice of appeal or require that it bear the legend "notice of appeal." The contents are rigorously prescribed, *Torres v. Oakland Scavenger Co.*, 487 U.S. 312, 108 S.Ct. 2405, 101 L.Ed.2d 285 (1988), but the prescription is satisfied by the information in the application for a certificate of probable cause. We do not condone the failure of Bell's attorney to file a formal notice of appeal in timely fashion—and trust there will be no repetition of the oversight by members of the bar of this court—but it does not deprive Bell of his appellate rights.

Before BAUER, Chief Judge, and CUMMINGS, WOOD, Jr., CUDAHY, POSNER, COFFEY, FLAUM, EASTERBROOK, RIPPLE, MANION and KANNE, Circuit Judges.

### ORDER

The petition for rehearing with suggestion for rehearing en banc in the above-entitled cause is GRANTED, the panel decision is VACATED, 923 F.2d 1241, and the appeal is restored to the calendar for oral reargument before the full court at a date and time to be announced.

**Edward SOLDAL and Mary Soldal, individually and as legal guardians for Jimmy Soldal, Alena Soldal, Joseph Soldal, and Jessie Soldal, Plaintiffs-Appellants,**

v.

**COUNTY OF COOK, et al., Defendants-Appellees.**

**No. 89-3631.**

United States Court of Appeals, Seventh Circuit.

May 3, 1991.

**NATIONAL BY-PRODUCTS, INC., Petitioner/Cross-Respondent,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent/Cross-Petitioner.**

**Nos. 89-2326, 89-2475.**

United States Court of Appeals, Seventh Circuit.

Argued April 16, 1990.

Decided May 7, 1991.

